UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON GREENSPAN,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 22-0280 (DLF) |

## **DEFENDANTS' PARTIAL MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants, U.S. Department of Transportation and National Highway Traffic Safety Administration ("Agency"), respectfully move, through undersigned counsel, to dismiss the declaratory judgment claim in Count IV of the Third Amended Complaint (ECF No. 21). As explained in the accompanying memorandum of points and authorities in support of this motion, this is not the rare case where declaratory relief is appropriate in a Freedom of Information Act case, and Plaintiff has misread the Agency's regulations and legal requirements. Moreover, Plaintiff lacks standing for the broad declaratory relief that he seeks. A proposed order is enclosed.

\*   \*   \*

Dated: October 25, 2022 	Respectfully Submitted,

	MATTHEW M. GRAVES, D.C. Bar No. 481052
	United States Attorney

	BRIAN P. HUDAK
	Chief, Civil Division

By:	/s/ *Douglas C. Dreier*
	DOUGLAS C. DREIER, D.C. Bar No. 1020234
	Assistant United States Attorney – Civil Division
	U.S. Attorney's Office for the District of Columbia
	601 D Street, N.W.
	Washington, D.C.  20530
	(202) 252-2551
	douglas.dreier@usdoj.gov

	*Counsel for Defendants*

2