**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AARON GREENSPAN,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, *et al*,<br><br>Defendants. | Case No. 1:22-cv-00280-DLF |

**NOTICE OF APPEAL**

Plaintiff Aaron Greenspan hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's September 8, 2025 Order denying Plaintiff's motion for summary judgment and granting Defendants' motions for summary judgment. *See* Order and Memorandum Opinion, ECF Nos. 48-49. Plaintiff further appeals this Court's May 17, 2023 Order denying Plaintiff's motion for reconsideration, ECF No. 33, and this Court's January 23, 2023 Order granting Defendants' partial motion to dismiss, ECF No. 28, as well as all other orders and decisions embodied in the aforementioned documents.

Dated: October 24, 2025

Respectfully submitted,

Aaron Greenspan
440 N. Barranca Avenue #6720
Covina, CA 91723
Phone: +1 415 670 9350 x101
E-Mail: aaron.greenspan@plainsite.org